### In the United States Court of Federal Claims

No. 05-1330 C
(Filed August 25, 2006)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

MARC J. MILLICAN,        \*
                         \*
        *Plaintiff,*     \*
                         \*
v.                       \*
                         \*
THE UNITED STATES,       \*
                         \*
        *Defendant.*     \*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

CASE NUMBER   1:06CV01582

JUDGE: Gladys Kessler

DECK TYPE: Administrative Agency Review

DATE STAMP: 09/12/2006

**FILED**

SEP 1 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

On August 21, 2006, plaintiff electronically submitted "Plaintiff's Citation to Supplemental Authority." The Clerk's Office stated that plaintiff's subject filing was not in compliance with Rule 15(d) of the Rules of the Court of Federal Claims, Supplemental Pleadings. The matter was referred to the undersigned for a ruling.

Previously pending before the court were motions to transfer to the U.S. District Court (D.C.) and to amend the complaint. Plaintiff's subject filing appears to be a notice of supplemental authority to plaintiff's filed briefs in the subject matter. On August 24, 2006, the court issued an opinion/order on the parties' pending briefs. Therefore, plaintiff's defective filing is moot and shall be stricken from the docket.

Accordingly, it is hereby **ORDERED** that the Clerk's Office is directed to **STRIKE** "Plaintiff's Citation to Supplemental Authority," electronically submitted on August 21, 2006, as moot.

s/Lynn J. Bush
LYNN J. BUSH
JUDGE

ECF DOCUMENT
A TRUE COPY SEP 5 2006
TEST: BRIAN BISHOP
Clerk, U.S. Court of Federal Claims
By: _____ Deputy Clerk

# United States Court of Federal Claims

717 MADISON PLACE, N.W.
WASHINGTON, DC 20005

September 5, 2006

Nancy Mayer-Whittington, Clerk
United States District Court for
the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

      Re:    **_Marc J. Millican v. United States,_**
                  *No. 05-1330 C*

Dear Ms. Mayer-Whittington:

    Pursuant to this Court's Opinion and Order filed on August 24, 2006, the above captioned case has been transferred to your court. Enclosed, please find certified copies of the transfer order, docket sheet, and documents that comprise the record in this case.

    Please acknowledge receipt of these records by dating and returning the enclosed copy of this letter.

                                    Sincerely,

                                    Debra L. Samler
                                    Senior Case Manager

Enclosures

cc:  Judge Lynn J. Bush
     John A. Wickham, Esquire
     Gregg M. Schwind, Esquire

CLOSED, ECF, ENDADR, PILOT

# US Court of Federal Claims
## United States Court of Federal Claims (COFC)
### CIVIL DOCKET FOR CASE #: 1:05-cv-01330-LJB
Internal Use Only

MILLICAN v. USA
Assigned to: Judge Lynn J. Bush
Referred to: Senior Judge Eric G. Bruggink
Cause: 28:1491 Tucker Act

Date Filed: 12/19/2005
Jury Demand: None
Nature of Suit: 352 Military Pay - Retirement
Jurisdiction: U.S. Government Defendant

**Plaintiff**

MARC J. MILLICAN    represented by  John Adams Wickham
32975 Saint Moritz Drive
Evergreen, CO 80439-6720
(303) 670-3825
Email: wickham1@wispertel.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

USA    represented by  Gregg M. Schwind
U.S. Department of Justice -
Commercial Litigation Branch
Civil Division
1100 L Street, NW
Washington, DC 20530
US
(202) 353-2345
Fax: (202) 514-8624
Email: gregg.schwind@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/19/2005 | 1 | COMPLAINT against USA (AF) ( Filing fee $250, Receipt number 064118), filed by MARC J. MILLICAN.Answer Due by 2/17/2006. (Attachments: # 1 Civil Cover Sheet)(lg1, ) (Entered: 12/23/2005) |
| 12/19/2005 | 2 | NOTICE of Assignment to Judge Lynn J. Bush. (lg1, ) (Entered: 12/23/2005) |

| 12/19/2005 | 3 | NOTICE of Assignment to Judge Eric G. Bruggink for ADR Pilot proceedings. (lg1, ) (Entered: 12/23/2005) |
|---|---|---|
| 12/19/2005 | 4 | NOTICE of Designation of Electronic Case. (lg1, ). (Entered: 12/23/2005) |
| 01/10/2006 | 5 | NOTICE of Appearance by Gregg M. Schwind for USA. (Schwind, Gregg) (Entered: 01/10/2006) |
| 02/16/2006 | 6 | Unopposed MOTION for Extension of Time to File Response or Reply, filed by USA. Response due by 3/6/2006. (Schwind, Gregg) (Entered: 02/16/2006) |
| 02/17/2006 |  | ORDER granting 6 Motion for Extension of Time to File Response/Reply re 6 Unopposed MOTION for Extension of Time to File Response or Reply Response due by 3/6/2006. (mij, ) (Entered: 02/17/2006) |
| 03/13/2006 | 7 | MOTION to Dismiss pursuant to Rule 12(b)(1) *and 12(b)(6)*, filed by USA. Response due by 4/13/2006. (Attachments: # 1 Appendix Part 1# 2 Appendix Part 2# 3 Appendix Part 3# 4 Appendix Part 4# 5 Appendix Part 5# 6 Appendix Part 6# 7 Appendix Part 7# 8 Appendix Part 8)(Schwind, Gregg) (Entered: 03/13/2006) |
| 03/23/2006 | 8 | ORDER. Should the parties wish to pursue alternative dispute resolution, they are directed to contact chambers at 202-357-6524. Otherwise, initiation of ADR proceedings is deferred. Signed by Judge Eric G. Bruggink. (mkb, ) (Entered: 03/23/2006) |
| 03/29/2006 | 9 | MOTION to Transfer to U.S. District Court (D.D.C.), filed by MARC J. MILLICAN. **Response due by 4/17/2006.**(Wickham, John) (Entered: 03/29/2006) |
| 03/29/2006 | 10 | MOTION to Stay all further briefing pending a ruling on the motion to transfer, filed by MARC J. MILLICAN. **Response due by 4/17/2006.**(Wickham, John) (Entered: 03/29/2006) |
| 04/03/2006 | 11 | Amended MOTION to Stay further briefing on defendant's dispositive motions and brief *(amended as unopposed)*, filed by MARC J. MILLICAN. **Response due by 4/20/2006.**(Wickham, John) (Entered: 04/03/2006) |
| 04/03/2006 | 12 | ORDER granting 10 Motion to Stay. Briefing deadlines for Defendant's Motion to Dismiss, filed 3/13/2006 are SUSPENDED. Briefing on Plaintiff's Motion to Transfer shall PROCEED pursuant to the deadlines shown on the court's docket, beginning with defendant's response due by 4/17/2006. Signed by Judge Lynn J. Bush.(teq) (Entered: 04/03/2006) |
| 04/17/2006 | 13 | RESPONSE to 9 MOTION to Transfer to U.S. District Court (D.D.C.), filed by USA. **Reply due by 5/1/2006.** (Schwind, Gregg) (Entered: 04/17/2006) |
| 05/02/2006 | 14 | REPLY to Response to Motion re 9 MOTION to Transfer to U.S. |

| | | District Court (D.D.C.), filed by MARC J. MILLICAN. (Attachments: # 1 Exhibit A (excerpt AFI 36-2504)(Wickham, John) (Entered: 05/02/2006) |
|---|---|---|
| 05/02/2006 | 15 | MOTION for Leave to File Amended Complaint, filed by MARC J. MILLICAN. **Response due by 5/19/2006.** (Attachments: # 1 Exhibit Amended Complaint)(Wickham, John) (Entered: 05/02/2006) |
| 05/06/2006 | 16 | NOTICE, filed by MARC J. MILLICAN re 15 MOTION for Leave to File Amended Complaint, 14 Reply to Response to Motion *Errata* (Wickham, John) (Entered: 05/06/2006) |
| 05/15/2006 | 17 | RESPONSE to 15 MOTION for Leave to File Amended Complaint, filed by USA.**Reply due by 5/30/2006.** (Schwind, Gregg) (Entered: 05/15/2006) |
| 05/30/2006 | 18 | REPLY to Response to Motion re 15 MOTION for Leave to File Amended Complaint, filed by MARC J. MILLICAN. (Attachments: # 1 Appendix AFI 36-2603 (excerpt))(Wickham, John) (Entered: 05/30/2006) |
| 08/21/2006 | 19 | **STRUCK** NOTICE of Additional Authority (Wickham, John) Modified on 8/25/2006 (mij, ). (Entered: 08/21/2006) |
| 08/24/2006 | 20 | UNPUBLISHED OPINION and ORDER granting 15MOTION for Leave to File Amended Complaint filed by MARC J. MILLICAN, denying, as moot,7MOTION to Dismiss pursuant to Rule 12(b)(1) *and 12(b)(6)* filed by USA,, and granting 9MOTION to Transfer to U.S. District Court (D.D.C.) filed by MARC J. MILLICAN. The Clerk is directed to transfer plaintiff's amended complaint to the United States District Court of the District of Columbia. Signed by Judge Lynn J. Bush.(teq) (Entered: 08/24/2006) |
| 08/24/2006 | | ***Civil Case Terminated. (mij, ) (Entered: 08/25/2006) |
| 08/25/2006 | 21 | ORDER Striking 19 Notice of Additional Authority, as moot. Signed by Judge Lynn J. Bush.(teq) (Entered: 08/25/2006) |

A TRUE COPY:
TEST:  SEP 5 2006
BRIAN BISHOP
Clerk, U.S. Court of Federal Claims
By [signature]
Deputy Clerk