UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARC J. MILLICAN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action |
| v. | ) | |
| | ) | No.   06-1582 (GK) |
| | ) | |
| THE UNITED STATES | ) | |
| | ) | |
| Defendant, | ) | |

NOTICE OF APPEARANCE

   Plaintiff-Millican  respectfully requests that the Clerk of Court enter the appearance of

John A. Wickham, as counsel for Plaintiff in the above-captioned case.

September 18, 2006                    Respectfully submitted,



                         John A. Wickham, Esq. DC Bar 454863
                         32975 Saint Moritz Drive
                         Evergreen, CO  80439-6720
                         (303) 670-3825