UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARC J. MILLICAN )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>THE UNITED STATES )<br>)<br>Defendant, ) | Civil Action<br><br>No. 06-1582 (GK) |

PLAINTIFF'S UNOPPOSED MOTION TO POSTPONE
SCHEDULING CONFERENCE AND APPEAR BY TELEPHONE

Plaintiff-Millican moves to postpone the scheduling conference on October 18, 2006, and to permit his counsel to appear by telephone at 303 670-3825. Suggested alternative dates are 1, 2, or 3 November 2006.

Plaintiff's counsel has contacted defendant's interim counsel Gregg Schwind, U.S. Department of Justice. He is still listed as attorney of record for defendant, and consents to this motion. Mr. Schwind was the government's counsel before transfer from the Court of Federal Claims. He informed plaintiff's counsel that no Assistant U.S. Attorney has yet been assigned to the District Court case to act on substantive issues on the merits. However, until that time Mr. Schwind on behalf of the defendant consents to this motion.

Plaintiff's counsel requests a postponement and telephone appearance due to personal hardship. He resides and works in Evergreen Colorado. Also during the time of the conference he has sole responsibility to care full-time for his twin infants, aged 37 months, with one undergoing medical therapy. The reason for this responsibility is that during this time through 30 October, counsel's spouse will be on business travel out of state to Utah.

Finally, this is a procedurally simple case limited to dispositive motions on an administrative record. Barring unforeseen events, there be no discovery or trial. It is likely the parties will file a briefing schedule. Therefore the status conference will be narrow in scope and not inappropriate for plaintiff's counsel to appear by telephone.

1

WHEREFORE, Plaintiff-Millican respectfully requests to postpone the scheduling conference on October 18, 2006, and to permit his counsel to appear by telephone at the suggested alternative dates of 1, 2, 3 or 3 November 2006.

September 28, 2006              Respectfully submitted,

*John A. Wickham*
John A. Wickham, Esq. DC Bar 454863
32975 Saint Moritz Drive
Evergreen, CO  80439-6720
(303) 670-3825