UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARC J. MILLICAN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action |
| v. | ) | |
| | ) | No. 06-1582 (GK) |
| | ) | |
| THE UNITED STATES | ) | |
| | ) | |
| Defendant, | ) | |

ORDER

UPON CONSIDERATION of plaintiff's September 28, 2006, unopposed motion to postpone the scheduling conference and to permit counsel's telephone appearance, and the entire record, it is hereby

ORDERED that plaintiff's motion is granted and the scheduling conference on October 18, 2006 is hereby postponed to November ___, 2006 at the time _____ in Courtroom 26A.  And it is

FURTHER ORDERED, that the plaintiff's counsel may appear by telephone and be contacted at 303 670-3825.

DATED:_____

_____
UNITED STATES DISTRICT JUDGE