UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARC J. MILLICAN )<br>)<br>Plaintiff, )<br>) <br>v. )<br>)<br>)<br>THE UNITED STATES )<br>)<br>Defendant, ) | Civil Action<br><br>No.  06-1582 (GK) |

ORDER

Upon consideration of plaintiff's unopposed motion to suspend the proceedings, and the entire record, it is this ___ day of ____2006,

ORDERED, that further proceedings are stayed pending the outcome of the related case, Doe #1, et al., v. Rumsfeld, 03-707 (D.D.C.), and it is further

ORDERED, that plaintiff shall file a status report 90 days from the date of this order, or upon judgment in the related case.

                                                                                                                                                                                     _____
                                                                                                                                                                                     United States District Judge

copies to:

Karen L. Melnik
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0338

John A. Wickham
32975 Saint Moritz Drive
Evergreen CO. 80439-6720
(303) 670-3825