UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARC J. MILLICAN ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action |
| v. ) | |
| ) | No. 06-1582 (GK) |
| ) | |
| THE UNITED STATES ) | |
| ) | |
| Defendant, ) | |

ORDER

Upon consideration of the parties' Joint Meet and Confer Statement, it is this ___ day of ___ 2006,

ORDERED, that the proposed briefing schedule to file the agency administrative record, dispositive motions, oppositions and replies, is approved. The parties will submit their pleadings in accordance with this schedule as set forth in the Joint Meet and Confer Statement.

 

_____
United States District Judge


copies to:

Karen L. Melnik
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0338


John A. Wickham
32975 Saint Moritz Drive
Evergreen CO. 80439-6720
(303) 670-3825