UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARC J. MILLICAN )
                                               )
    Plaintiff, )
                                             )
                                             )     Civil Action
    v. )
                                             )     No.  06-1582 (GK)
                                             )
THE UNITED STATES )
                                             )
    Defendant, )

## PLAINTIFF'S STATUS REPORT

    Plaintiff, pursuant to the Court's order, submits his status report on the pending related court case, Doe, et al., v. Rumsfeld, 03-707. The report is due January 31, 2007.

    The Doe case remains pending. Plaintiff-Millican's October 2006 motion to suspend the proceedings reported that the Doe plaintiffs were to re-file their application for attorney fees on October 31. The refiling was timely, however the briefing schedule was modified. Defendant's time to reply was extended twice, the second to grant a protective order to withhold Doe plaintiffs' names. Defendant's final deadline to reply to the fee application is now February 5, 2007. A status conference is scheduled for February 15.

    Consequently, plaintiff- Millican requests the Court continue its stay of the proceedings with another report filed by plaintiff in 90 days, or upon judgment in Doe.

January 30, 2007                                                        Respectfully submitted,

                                                                                  a/s  John A. Wickham, Esq.
                                                                                  Bar No.454863
                                                                                  32975 Saint Moritz Drive
                                                                                  Evergreen CO 80439-6720
                                                                                  (303) 670-3825