UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARC J. MILLICAN              )<br>                                             )<br>    Plaintiff,                        )<br>                                             )<br>    v.                                   )<br>                                             )<br>                                             )<br>THE UNITED STATES        )<br>                                             )<br>    Defendant,                     ) | Civil Action<br><br>No.  06-1582 (GK) |

### ORDER

Upon consideration of plaintiff's status report, and the entire record, it is this ___ day of _____ 2007,

ORDERED, that the stay on proceedings is continued, and it is further

ORDERED, that plaintiff shall file a second status report 90 days from the date of this order, or upon judgment in the related case <u>Doe #1, et al., v. Rumsfeld</u>, 03-707 (D.D.C.).

_____
United States District Judge

copies to:

Karen L. Melnik
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0338

John A. Wickham
32975 Saint Moritz Drive
Evergreen CO. 80439-6720
(303) 670-3825