UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARC J. MILLICAN, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-1582 (GK) |
| THE UNITED STATES, | : |
| Defendant. | : |

## ORDER

The Court has received the Plaintiff's Status Report of January 29, 2007 regarding the pending related case, <u>Doe, et al. v. Rumsfeld</u>, No. 03-707.  It is this 30th day of January, 2007, hereby

**ORDERED**, that a further Status Report shall be filed with the Court no later than **May 1, 2007**.

/s/
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**