UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARC J. MILLICAN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action |
| v. | ) | |
| | ) | No.  06-1582 (GK) |
| | ) | |
| THE UNITED STATES | ) | |
| | ) | |
| Defendant, | ) | |

PLAINTIFF'S STATUS REPORT

Plaintiff-MILLIBAR, pursuant to the Court's order, submits his second status report on the pending related court case, Doe v. Rumsfeld, 03-707 (D.D.C)(motion for attorney fees).  This status report is due May 1, 2007.

The Doe case remains pending although nearing decision.  Millican's prior report stated that the Doe parties' briefing on the fees question was postponed pending issue of protective orders.  Docket entries now show the parties' briefing on the attorney fees question was concluded on April 20 with plaintiffs' reply.  However, because a prior status hearing was postponed, it is unknown whether  subsequent proceedings may be ordered prior to final decision, such as oral argument.  Nevertheless, it does appear that resolution will likely occur within the next 90 days.

Consequently, Millican requests the Court continue its stay of the proceedings with another report filed by plaintiff in 90 days, or upon judgment in Doe.

May 1, 2007                                      Respectfully submitted,


                                                 a/s  John A. Wickham, Esq.
                                                 Bar No.454863
                                                 32975 Saint Moritz Drive
                                                 Evergreen CO 80439-6720
                                                 (303) 670-3825