UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARC J. MILLICAN ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action |
| v. ) | |
| ) | No.  06-1582 (GK) |
| ) | |
| THE UNITED STATES ) | |
| ) | |
| Defendant, ) | |

ORDER

Upon consideration of plaintiff's status report, and the entire record, it is this ___ day of _____ 2007,

ORDERED, that the stay on proceedings is continued, and it is further

ORDERED, that plaintiff shall file a second status report 90 days from the date of this order, or upon judgment in the related case Doe #1, et al., v. Rumsfeld, 03-707 (D.D.C.).

_____
United States District Judge

copies to:

Karen L. Melnik
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0338

John A. Wickham
32975 Saint Moritz Drive
Evergreen CO. 80439-6720
(303) 670-3825