## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARC J. MILLICAN,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Civil Action No. 06-1582 (GK) |
| : | |
| **THE UNITED STATES,** : | |
| : | |
| **Defendant.** : | |

## ORDER

The Court has received Plaintiff's Status Report of May 1, 2007 regarding the pending related case, <u>Doe v. Rumsfeld</u>, No. 03-707. Upon consideration of the Status Report, as well as the entire record herein, it is hereby

**ORDERED** that a further Status Report shall be filed with the Court **no later than August 1, 2007**. Proceedings in this case shall remain stayed until that time.

May 2, 2007

/s/
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**