UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARC J. MILLICAN )<br>)<br>   Plaintiff, )<br>)<br>   v. )<br>)<br>)<br>THE UNITED STATES )<br>)<br>   Defendant, ) | Civil Action<br><br>No.  06-1582 (GK) |

PLAINTIFF'S STATUS REPORT

    Plaintiff-Millican, pursuant to the Court's order, submits his third status report on the pending related court case, Doe v. Rumsfeld, 03-707 (D.D.C)(motion for attorney fees). This status report is due August 1, 2007.

    The Doe case remains pending decision. Millican's prior report stated that the Doe parties' briefing on the fees question was initially postponed pending issue of protective orders. Millican then reported that the Doe parties' briefing on the fees commenced, but concluded on April 20. There are no further docket entries. Attached Exhibit. A.

    Consequently, Millican requests the Court continue its stay of the proceedings with another report filed by plaintiff in 90 days by 1 November 2007.

August 1, 2007                            Respectfully submitted,

                                                    a/s  John A. Wickham, Esq.
                                                    Bar No.454863
                                                    32975 Saint Moritz Drive
                                                    Evergreen CO 80439-6720
                                                    (303) 670-3825