Query • Reports • Utilities • Logout 

APPEAL, TYPE-D

## U.S. District Court
### District of Columbia (Washington, DC)
### CIVIL DOCKET FOR CASE #: 1:03-cv-00707-EGS

JOHN DOE et al v. RUMSFELD et al  
Assigned to: Judge Emmet G. Sullivan  
Cases: 1:05-cv-02350-JR  
       1:06-cv-02131-RMC  
Case in other court: USCA-DC, 04-05440  
Cause: 05:702 Administrative Procedure Act  

Date Filed: 03/18/2003  
Jury Demand: None  
Nature of Suit: 890 Other Statutory Actions  
Jurisdiction: U.S. Government Defendant  

| Date Filed | # | Docket Text |
|---|---|---|
| 04/20/2007 | 144 | REPLY to opposition to motion re 135 MOTION for Attorney Fees filed by JOHN DOE, JANE DOE. (Attachments: # 1 Exhibit 1 - Declaration of Mark S. Zaid, Esq.) (Zaid, Mark) (Entered: 04/20/2007) |
| 04/06/2007 | | Set/Reset Deadlines: Replies due by 4/20/2007. (clv, ) (Entered: 04/06/2007) |
| 04/06/2007 | | MINUTE ORDER granting 143 Unopposed Motion for Extension of Time to File Reply. Plaintiffs' reply regarding 135 their motion for attorney fees is due no later than April 20, 2007. Signed by Judge Emmet G. Sullivan on April 6, 2007. (lcegs1) (Entered: 04/06/2007) |
| 04/02/2007 | 143 | MOTION for Extension of Time Nunc Pro Tunc to File Response/Reply as to 135 MOTION for Attorney Fees by JOHN DOE, JANE DOE (Attachments: # 1 Text of Proposed Order)(nmw, ) (Entered: 04/04/2007) |
| 02/28/2007 | | Set/Reset Deadlines: Replies due by 3/19/2007. (clv, ) (Entered: 02/28/2007) |
| 02/28/2007 | | MINUTE ORDER granting 142 Consent Motion for Extension of Time to File Response/Reply. Plaintiffs' reply regarding 135 their motion for attorney fees is due no later than March 19, 2007. In addition, the status hearing scheduled for March 15 is hereby VACATED. Signed by Judge Emmet G. Sullivan on February 28, 2007. (lcegs1) (Entered: 02/28/2007) |
| 02/26/2007 | 142 | Unopposed MOTION for Extension of Time to File Response/Reply as to 135 MOTION for Attorney Fees by JOHN DOE, JANE DOE. (Attachments: # 1 Text of Proposed Order)(Zaid, Mark) (Entered: 02/26/2007) |
| 02/13/2007 | | Set/Reset Deadlines: Replies due by 2/26/2007. (clv, ) (Entered: 02/13/2007) |
| 02/13/2007 | | Set Deadlines/Hearings: Status Conference set for 3/15/2007 12:15 PM in Courtroom 24A before Judge Emmet G. Sullivan. (clv, ) (Entered: 02/13/2007) |
| 02/12/2007 | | MINUTE ORDER granting 141 Consent Motion for Extension of Time to File Response/Reply. Plaintiffs' reply regarding 135 their motion for attorney fees is due no later than February 26, 2007. In addition, the status hearing scheduled for February 16 is hereby VACATED. The status hearing is rescheduled for March 15, 2007, at 12:15 pm. Signed by Judge Emmet G. Sullivan on February 12, 2007. |