UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARC J. MILLICAN                    )
                                    )
    Plaintiff,                      )
                                    )        Civil Action
    v.                              )
                                    )        No.   06-1582 (GK)
                                    )
THE UNITED STATES                   )
                                    )
    Defendant,                      )

ORDER

Upon consideration of plaintiff's status report, and the entire record, it is this ___ day of

_____ 2007,

ORDERED, that the stay on proceedings is continued, and it is further

ORDERED, that plaintiff shall file a status report in 90 days by November 1, 2007, on the

related case Doe #1, et al., v. Rumsfeld, 03-707 (D.D.C.).


_____
United States District Judge


copies to:

Karen L. Melnik
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0338


John A. Wickham
32975 Saint Moritz Drive
Evergreen CO. 80439-6720
(303) 670-3825