UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MARC J. MILLICAN,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 06-1582 (GK) |
| | : | |
| **THE UNITED STATES,** | : | |
| | : | |
| Defendant. | : | |

## ORDER

The Court has received Plaintiff's Status Report requesting that the Court continue its stay of the proceedings for 90 days. It is this 2nd day of August, 2007, hereby

**ORDERED**, that a further Status Report shall be filed by **November 1, 2007**.

/s/
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**