UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARC J. MILLICAN ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action |
| v. ) | |
| ) | No. 06-1582 (GK) |
| ) | |
| THE UNITED STATES ) | |
| ) | |
| Defendant, ) | |

PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE AND ENLARGEMENT
OF TIME TO FILE STATUS REPORT

Plaintiff-Millican, moves for leave and enlargement of time of 11 days until November 12, to file his status or other report out of time. The report was due November 1. Counsel contacted opposing counsel and defendant does not oppose the motions. The stay of the proceedings was to file periodic reports on the pending related case Doe v. Rumsfeld, 03-707 (D.D.C).

Grounds for Motion   Good cause exists to grant this motion. First, from August to mid-September counsel was substantially engaged in an emergency military case involving two officers. Counsel's entire caseload, court and agency appeal, were delayed.

Next, in late September there was a death in counsel's family of his spouse, LTC Barbara Wickham (Colorado Army National Guard). She was called to duty through October to plan the funeral as an "official" state VIP memorial, in attendance the governor, State National Guard leadership, and dignitaries. This included TV/media coordination, helicopter flyovers, band, etc. In addition to the immediate family's request, counsel's spouse was called to do this planning because she is the existing "Project Officer" since 2005 to obtain the now deceased's posthumous WWII medal, the Distinguished Service Cross, the nation's second highest combat award— for his heroism during the 1945 Battle of the Bulge. Approval of the medal is imminent. During this time, counsel had to care full-time for his twin infants.

Secondly, last week counsel became unexpectedly ill after his family had their annual flu shots. Over this weekend, counsel's adverse reaction continued, and has not fully recovered. He is not back to a full work schedule until perhaps mid-week.

1

Finally, the eight day delay is necessary because of an interim fee decision in Doe. However, the decision is not straightforward and must be studied— it granted entitlement to fees but denied the award without prejudice to re-file. Secondly, counsel (after recovery) must confer with Millican, and opposing counsel, to agree on a proper course for the proceedings *sub judice*. At that time and if appropriate, Millican's counsel will also file a notice of related case.

Consequently, Millican requests unopposed that the Court grant leave and enlargement of time of 11 days to file his status report or other joint report by November 12. Until then, Millican requests that the Court continue the stay of proceedings.

November 5, 2007                                         Respectfully submitted,


                                                         a/s  John A. Wickham, Esq.
                                                         Bar No.454863
                                                         32975 Saint Moritz Drive
                                                         Evergreen CO 80439-6720
                                                         (303) 670-3825