UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARC J. MILLICAN )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>THE UNITED STATES )<br>)<br>Defendant, ) | Civil Action<br><br>No.  06-1582  (GK) |

ORDER

Upon consideration of plaintiff's status report, and the entire record, it is this ___ day of

_____ 2007,

ORDERED, that plaintiff's unopposed motion for leave and enlargement of time of 11 days is granted.  And it is further

ORDERED, that the plaintiff shall file a status or other joint report by November 12, 2007. And it is further

ORDERED, that the stay on proceedings is continued

_____
United States District Judge

copies to:

Karen L. Melnik
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0338


John A. Wickham
32975 Saint Moritz Drive
Evergreen CO. 80439-6720
(303) 670-3825