UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARC J. MILLICAN )<br>  )<br>Plaintiff, )<br>  )<br>v. )<br>  )<br>  )<br>UNITED STATES )<br>  )<br>Defendant. ) | Civil Action No. 06cv1582 (GK) |

PLAINTIFF'S STATUS REPORT, AND
PROPOSED JOINT BRIEFING SCHEDULE

     Plaintiff-Millican submits his final status report on the related court case, <u>Doe v. Rumsfeld, Secy' of Defense</u>, 03-707 (D.D.C)(motion for attorney fees). Millican's counsel has also conferred with opposing counsel. The parties agree to a proposed briefing schedule to resume the case.

     <u>Status Report</u>. An interim fee decision was issued in <u>Doe</u> on August 21, 2007. Because the proceedings *sub judice* have been suspended pending <u>Doe</u>, Millican will not separately file <u>Doe</u> under a "notice related case," but attaches herein that Memorandum Opinion as an Exhibit.

     The court in <u>Doe</u> concluded that the plaintiffs "were entitled to attorney fees but the pending request is flawed in several, significant aspects." <u>Id</u> at 1. Those flaws were limited to hourly rates, accounting, and costs. <u>Id</u> 11. The court did find that the plaintiffs were entitled to fees (before the district court and on appeal) as the prevailing parties, and because the DoD-defendant's agency and litigation positions were not substantially justified nor reasonable. Id 5-11. However, because the "flaws precluded the court from determining the proper amount of fees and costs," the petition was denied without prejudice to amend. Amendment was filed October 31, 2007.

     Although a decision in <u>Doe</u> remains pending on the amount of fees awarded, the parties believe its memorandum opinion otherwise is sufficient to lift the stay in the present proceedings. The parties had already filed on October 31, 2006, their "Joint Meet and Confer Statement." With the exception of the decision in <u>Doe</u>, that Statement remains accurate without change. There is no change in Plaintiff's Statement of the Case, Defendant's Statement of the Case, nor in any

1

Additional Matters. With respect to the latter, the parties still believe settlement is not a realistic possibility.

The parties still agree that the because this case relies on the agency's administrative record, discovery is inappropriate. The parties agree this case will be resolved with dispositive motions.

The parties have conferred, and agree that the stay should be lifted, and to propose a briefing schedule. This has been adjusted to reflect Thanksgiving, Christmas, and New Years holidays, and counsels' work/court schedule. In the event the Court does not take any other action in this case, the parties propose a briefing schedule:

1. December 19, 2007. Defendant will file the administrative record and dispositive motions. along with Statement of Points and Authorities.

2. January 25, 2008. Plaintiff files a dispositive cross-motion (incorporating opposition to defendant's dispositive motions) along with Statement of Points and Authorities.

3. February 8, 2008. Defendant files opposition to plaintiff's cross-motion, and reply to plaintiff's opposition.

4. February 22, 2008. Plaintiff files reply to defendant's opposition.

WHEREFORE, the parties respectfully request that the Court approve the above proposed briefing schedule. A proposed order is attached.

November 13, 2007                                Respectfully submitted,


                                                   a/s John A. Wickham, Esq.
                                                  Bar No.454863
                                                  32975 Saint Moritz Drive
                                                  Evergreen CO 80439-6720
                                                  (303) 670-3825