UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARC J. MILLICAN ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action |
| v. ) | |
| ) | No. 06-1582 (GK) |
| ) | |
| THE UNITED STATES ) | |
| ) | |
| Defendant, ) | |

## ORDER

Upon consideration of plaintiff's status report, and proposed joint briefing schedule, it is this \_\_\_\_\_ day of November 2007,

ORDERED, that the proposed briefing schedule to file the agency administrative record, dispositive motions, oppositions and replies, is approved. The parties will submit their pleadings in accordance with this schedule as set forth in the Proposed Joint Briefing Schedule.

_____
United States District Judge

copies to:

Karen L. Melnik
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0338

John A. Wickham
32975 Saint Moritz Drive
Evergreen CO. 80439-6720
(303) 670-3825