UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARC J. MILLICAN, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 06-1582 (GK) |
| | : | |
| THE UNITED STATES, | : | |
| | : | |
| Defendant. | : | |

### ORDER

Upon consideration of Plaintiff's Status Report and proposed Joint Briefing Schedule, it is this 13th day of November, 2007, hereby

**ORDERED**, that the proposed Joint Briefing Schedule to file the agency administrative record, dispositive motions, oppositions and replies is approved. The parties will submit their pleadings in accordance with the following schedule:

| | |
|---|---|
| December 19, 2007 -- | Defendant will file the administrative record and dispositive motions, along with Statement of Points and Authorities |
| January 25, 2008 -- | Plaintiff will file a dispositive cross-motion (incorporating opposition to Defendant's dispositive motions), along with Statement of Points and Authorities |
| February 8, 2008 -- | Defendant will file opposition to Plaintiff's cross-motion, and reply to Plaintiff's opposition |
| February 22, 2008 -- | Plaintiff files reply to Defendant's opposition |

/s/
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**