UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARC J. MILLICAN,** | ) |
| | ) |
|        **Plaintiff,** | ) |
| | ) |
| v. | )    Civil Action No. 06cv1582 (GK) |
| | ) |
| **UNITED STATES,** | ) |
| | ) |
|        **Defendant.** | ) |
| | ) |

UPON CONSIDERATION of the Defendant's motion to dismiss or, in the alternative for summary judgment, the grounds stated therefor, any opposition thereto, and the entire record herein, it is on this ___ day of _____, hereby:

ORDERED that the Defendant's motion should be and hereby is GRANTED; and it is

FURTHER ORDERED that this case is hereby DISMISSED WITH PREJUDICE.

 

                                                    UNITED STATES DISTRICT JUDGE

cc:

Karen L. Melnik
Assistant U.S. Attorney
United States Attorney's Office
Judiciary Building, Rm. E 4112
555 Fourth Street, N.W.
Washington, D.C.  20530

John A. Wickham, Esq.
32975 Saint Moritz Drive
Evergreen, CO 80439-6720