UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARC J. MILLICAN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 06cv1582 (GK) |
| v. | ) | |
| | ) | |
| | ) | |
| UNITED STATES | ) | |
| | ) | |
| Defendant. | ) | |

PLAINTIFF'S CONSENT MOTION FOR EXTENSION OF TIME,
AND PROPOSED JOINT BRIEFING SCHEDULE

Plaintiff moves for an extension of time of 34 days until February 29, 2008, to file cross-motion for summary judgment and opposition to defendant's dispositive motions. Millican also adjusts and proposes a briefing schedule. The brief is currently due January 25, 2008. Millican's counsel conferred with defendant's counsel and she consents to this motion and briefing schedule.

Grounds for Extension

Extraordinary cause exists to grant this motion. Counsel is scheduled next this week to have neurosurgerical treatment, splinting, followed by physical therapy, to his arm/hand after worsening pain and immobility from nerve damage. This arose from an injury this past Summer. Last week, an MRI and tests showed the condition deteriorating. Counsel beginning in mid-December experienced intermittent then constant pain and numbness; he incurs difficulty using the arm (i.e., this motion was dictated to his paralegal). Counsel can provide verifying medical information if necessary. Counsel has been informed that he will recover sufficiently to complete the brief by February 29.

This motion was not submitted earlier due to family and professional turmoil caused by counsel's prognosis, many medical appointments and testing.

This extension will not delay any other proceedings. A proposed briefing schedule and order is attached.

1

The parties propose a briefing schedule:

1.    February 29, 2008.  Plaintiff files a dispositive cross-motion (incorporating opposition to defendant's dispositive motions) along with Statement of Points and Authorities.

2.    March 7, 2008.  Defendant files opposition to plaintiff's cross-motion, and reply to plaintiff's opposition.

3.    March 21, 2008.  Plaintiff files reply to defendant's opposition.

    WHEREFORE, the parties respectfully request that the Court approve the above proposed briefing schedule.

January 19, 2008                              Respectfully submitted,

                                             a/s  John A. Wickham, Esq.
                                             Bar No.454863
                                             32975 Saint Moritz Drive
                                             Evergreen CO 80439-6720
                                             (303) 670-3825

2