UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARC J. MILLICAN              )
                              )
    Plaintiff,             )
                              )
    v.                     )   Civil Action
                              )
                              )   No. 06-1582 (GK)
                              )
THE UNITED STATES             )
                              )
    Defendant,             )

## ORDER

Upon consideration of plaintiff's consent motion for extension of time, and proposed joint briefing schedule, it is this _____ day of January 2008,

ORDERED, that the motion and proposed briefing schedule are GRANTED, and it is further

ORDERED, that the parties will submit their pleadings in accordance with this schedule:

1. February 29, 2008. Plaintiff files a dispositive cross-motion (incorporating opposition to defendant's dispositive motions) along with Statement of Points and Authorities.

2. March 7, 2008. Defendant files opposition to plaintiff's cross-motion, and reply to plaintiff's opposition.

3. March 21, 2008. Plaintiff files reply to defendant's opposition.
set forth in the Proposed Joint Briefing Schedule.

                                                        _____
                                                        United States District Judge

copies to:

Karen L. Melnik
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0338

John A. Wickham
32975 Saint Moritz Drive
Evergreen CO. 80439-6720
(303) 670-3825