UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MARC J. MILLICAN, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 06CV1582 (GK) |
| UNITED STATES, | ) ) ) | |
| Defendant. | ) ) ) | |

**CONSENT MOTION FOR AN ENLARGEMENT OF TIME**

Defendant in the above-captioned case hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time within which to file a reply in support of its motion for summary judgment. In support of this request, the defendant states as follows:

1. The plaintiff recently filed a motion for extension of time within which to file his opposition to defendant's motion for summary judgment. The Court granted the consent motion, adopting plaintiff's proposed briefing schedule.

2. The current briefing schedule requires plaintiff to file his dispositive cross-motion by February 29, 2008, and for defendant to file its opposition to plaintiff's cross-motion and reply in support of its dispositive motion by March 7, 2008. The week allotted for defendant to file its response is seven days shorter than the original briefing schedule.

3. In addition, the undersigned Assistant's last day with the Justice Department is February 29, 2008. The newly assigned Assistant will need additional time to

review the files in order to draft an appropriate response to plaintiff's cross-motion.

4. The defendant is requesting an additional three (3) weeks to file its opposition and reply.

5. Undersigned counsel has communicated with Mr. John A. Wickham, attorney for plaintiff, concerning this request for an enlargement. Counsel stated that plaintiff consents to this request for an enlargement.

Wherefore the defendant requests until March 28, 2008, to respond to plaintiff's cross motion, and for plaintiff to have until April 11, 2008, to file his reply in support of his cross-motion. A proposed Order accompanies this motion.

Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

_____/s/_____
KAREN L. MELNIK DC BAR # 436452
Assistant United States Attorney
555 4TH Street, N.W. Rm. E-4112
Washington, D.C. 20530
(202) 307-0338

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
MARC J. MILLICAN,                   )
                                    )
         Plaintiff,                 )
                                    )
    v.                              )    Civil Action No. 06CV1582 (GK)
                                    )
UNITED STATES,                      )
                                    )
         Defendant.                 )
_____)

ORDER

UPON CONSIDERATION of the Defendant's Consent Motion For Enlargement of Time, the grounds stated therefor and the entire record in this matter, it is by the Court this _____ day of _____, 2008, hereby

ORDERED that the said motion be and hereby is granted and Defendant will have until March 28, 2008, to file its opposition to plaintiff's cross-motion and reply in support of its dispositive motion. It is further

ORDERED that plaintiff will have until April 11, 2008, to file his reply in support of his cross-motion..

_____
UNITED STATES DISTRICT COURT JUDGE

copies to:

Mr. John A Wickham, Esq.
32975 Saint Moritz Drive
Evergreen, CO 80439-6720

AUSA Karen L. Melnik
U.S. Attorney's Office for the District of Columbia
Civil Division
555 Fourth Street, N.W. Rm. E-4112
Washington, D.C. 20530