UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARC J. MILLICAN  )  <br>   )  <br>  Plaintiff,  )  <br>   )  <br>  v.  )  <br>   )  <br>   )  <br>  UNITED STATES  )  <br>   )  <br>  Defendant.  )  | Civil Action No. 06cv1582 (GK) |

PLAINTIFF'S CONSENT MOTION FOR EXTENSION OF TIME,
AND PROPOSED JOINT BRIEFING SCHEDULE

Plaintiff moves for a final extension of time of 7 days until March 7, 2008, to file his cross-motion for summary judgment and opposition to defendant's dispositive motion. Millican accordingly adjusts and proposed a briefing schedule. Millican's brief is currently due February 29, Millican's counsel conferred with defendant's counsel and she consents to this motion.

Grounds for Extension

Extraordinary cause exists to grant this motion due to counsel's extended illness delaying recovery and full return to work. Counsel in the prior motion explained that in January he had neurosurgerical treatment and physical therapy to his arm/hand after nerve damage. However, counsel's recovery was delayed by returning to work too early to complete a brief on February 14, although under final deadline in <u>Epstein v. Geren</u>, 07-688 (D.DC.). Counsel re-injured his arm, and now instructed by his physician "to cut back," work half-days for at least three weeks to avoid serious complications.[1]

Plaintiff's counsel has completed much of Millican's brief. Defendant's opening brief with statement of facts, are nearly 40 pages, while the issues somewhat complex, and involve a related case. Plaintiff's counsel does not foresee the need for further extensions beyond March 7, 2008.

---

[1] Dr. Ted Villavicencio, Conifer Mountain Medicine, 303 838-4686.

This extension will delay defendant's scheduled response on April 11 by seven days to 18 April. A proposed briefing schedule and order is attached. Plaintiff proposes the following briefing schedule:

1. March 7, 2008. Plaintiff files cross-motion for summary judgment (incorporating opposition to defendant's motion to dismiss) along with statement of points and authorities, and opposing statement of facts.

2. April 18, 2008: Defendant files opposition to plaintiff's cross-motion, and reply to plaintiff's oppositions.

3. May 2, 2008: Plaintiff files reply to defendant's opposition.

WHEREFORE, the parties respectfully request that the Court approve the above proposed briefing schedule.

February 25, 2008                                  Respectfully submitted,

                                                   a/s John A. Wickham, Esq.
                                                   Bar No.454863
                                                   32975 Saint Moritz Drive
                                                   Evergreen CO 80439-6720
                                                   (303) 670-3825