UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARC J. MILLICAN )
)
    Plaintiff, )
)
    v. )    Civil Action
)
)    No. 06-1582 (GK)
)
THE UNITED STATES )
)
    Defendant, )

## ORDER

Upon consideration of plaintiff's consent motion for extension of time, and proposed joint briefing schedule, it is this ____ day of February 2008,

ORDERED, that the motion and proposed briefing schedule are GRANTED, and it is further

ORDERED, that the parties will submit their pleadings in accordance with this schedule:

March 7, 2008: Plaintiff files cross-motion for summary judgment (incorporating opposition to defendant's motion to dismiss) along with statement of points and authorities.

April 18, 2008: Defendant files opposition to plaintiff's cross-motion, and reply to plaintiff's oppositions.

May 2, 2008: Plaintiff files reply to defendant's opposition.

_____
United States District Judge

copies to:

Karen L. Melnik
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0338

John A. Wickham
32975 Saint Moritz Drive
Evergreen CO. 80439-6720
(303) 670-3825

1