UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARC J. MILLICAN )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>)<br>UNITED STATES )<br>)<br>Defendant. ) | Civil Action No. 06cv1582 (GK) |

## ORDER

UPON CONSIDERATION of the defendant's motion to dismiss, and motion for summary judgment, plaintiffs' opposition thereto and his cross-motion for summary judgment, oppositions and replies, and the entire record, it is hereby

ORDERED that defendant's motion to dismiss and motion for summary judgment are denied, and plaintiff's cross-motion for summary judgment is granted.

DATED:_____

_____
UNITED STATES DISTRICT JUDGE

copies to:

John A. Wickham, Esq.
32975 Saint Moritz Drive
Evergreen, CO. 80439

Harry B. Roback
Assistant United States Attorney
Judiciary Center Building, 10th Floor
555 Fourth Street, N.W.
Washington, D.C. 20530