## Chapter 7

## PROPRIETY OF PROMOTION

**7.1. What is a Propriety of Promotion Action.** A propriety of promotion action is a delay in an officer's date of promotion, a removal of an officer's name from a promotion list, or information presented to the SAF or a selection board that shows an officer may not be qualified for promotion.

**7.2. When to Initiate.** Commanders initiate a propriety of promotion action when there is cause to believe that the officer is not mentally, physically, morally or professionally qualified to perform the duties of the higher grade. Early identification of the officer and proper documentation is essential. Formal rules of evidence do not apply to a promotion propriety action. Process promotion propriety actions on individuals selected for general officer grades according to AFI 36-2501, **Chapter 12**.

**7.3. Who Initiates a Propriety of Promotion Action.** An officer's wing commander or equivalent initiates a promotion propriety action. See sample notification letters at **Attachment 11**, **Attachment 12**, or **Attachment 13**. The MAJCOM commander reviews propriety actions as outlined in **Table 7.1.** For IMAs, promotion propriety actions normally will be initiated by the command to which the officer is assigned. For IMAs in programs centrally managed at HQ ARPC (HC, JA, SG), promotion propriety actions will be initiated by the command to which the officer is attached.

**7.4. How to Initiate a Promotion Propriety Action.** The commander informs the officer of the recommendation, either verbally or in writing, before the effective date of promotion. See processing guidelines in **Table 7.1.**

  7.4.1.  A propriety action must contain a clear statement of the reasons for the action and evidence documenting the reasons.

  7.4.2.  The officer must acknowledge receipt and understanding within a reasonable time (**Table 7.1.**, Note 3). Officers may submit statements in their own behalf, including supporting documents. An officer who chooses not to submit a statement must include a statement to that effect with receipt acknowledgment.

  7.4.3.  Whenever possible, initiate promotion propriety actions by giving written notice to the officer. If it is not possible to give timely written notice, the initiating commander gives verbal notice personally or, if necessary, through a designated officer. Follow verbal notice by written notice as soon as possible. Once initiated, the recommendation to find an officer in the grade of second lieutenant not qualified for promotion (NQP) or remove an officer from a promotion list automatically delays the promotion.

  7.4.4.  Build the case logically before presenting the case file to the appropriate office (**Table 7.1.**, Note 5). Put information in chronological order. Include required documents. The case file should contain original documents. If necessary, reproduced copies are acceptable but must be legible. Use readable, reproduced copies and retyped documents (certified as true copies). Include a detailed case synopsis, suitable for review by the appropriate approval authority or the promotion board, which references pertinent and tabbed documents, statements, or other significant matters.

7.4.5.  Give the officer the opportunity to comment on all derogatory information added after the officer first reviews and acknowledges the initial recommendation, unless the information originated solely from the officer's personnel record.

**7.5. Involuntary Delay.** A commander has the option to delay the promotion of any officer the commander cause to believe that the officer is not mentally, physically, morally or professionally qualified to perform the duties of the grade to which selected. A delay also occurs if an action begins to remove an officer from a promotion list. The MAJCOM/FOA commander is the approval authority for delaying a promotion up to 6 months from the DOR. After 6 months, the SAF must approve a delay action up to 12 additional months.

7.5.1.  Reasons for involuntary delay actions are:

7.5.1.1.  An officer, exercising general court-martial jurisdiction over an officer on the Select List, receives sworn charges against the officer.

7.5.1.2.  Court martial charges are preferred against an officer on the Select List.

7.5.1.3.  An investigation is being conducted to determine whether to bring disciplinary action of any kind against the officer.

7.5.1.4.  The convening of a board to consider officers for selective early removal (Title 10 U.S.C., Section 14903).

7.5.1.5.  A criminal proceeding in a federal or state court is pending against the officer.

7.5.1.6.  Strength in grade limitations imposed by law. See paragraph **8.7.** for further information.

7.5.2.  Delaying a Promotion. Commanders must not use promotion delays as punishment. Delay an officer's promotion at any time before the DOR, if any of the reasons in the paragraph above apply.

7.5.2.1.  Extension of the delay period is automatic upon initiation of a recommendation to find the officer Not Qualified for Promotion (NQP) to first lieutenant or to remove an officer from the list. Process a recommendation to extend a delay in the same manner as the original, except SAF must approve the extension of delay. The recommendation should arrive at HQ USAF/REPX (for staffing to SAF) no later than 45 days before expiration of the current delay.

7.5.2.2.  If the reason for delay no longer exists, promote the officer to the next higher grade with the same DOR as if the delay did not occur. Any commander in the officer's rating chain may determine the reason for delay no longer exists. **Table 7.1.**, step 12 specifies the appropriate process for notifying the member and disposing of the case file.

7.5.2.3.  .If the SAF determines the officer unqualified for promotion during any of the delay time, the SAF may direct adjustment of the DOR and position on the RASL to reflect the unqualified time. See paragraph **7.5.4.**

7.5.3.  Notifying the Officer. In order to delay a promotion under this paragraph, notify the officer in writing (**Attachment 11**), of the grounds for the delay.

7.5.3.1.  Give the written notice to the officer before the DOR. If not practical to give the officer written notice before DOR, give verbal notice and follow up with written notice as soon as practical.

    7.5.3.2. If it is not possible for the commander or a representative of the commander to deliver the written notice to the officer in person, mail it to the officer by certified mail, return receipt requested.

    7.5.3.3. The officer may make a written statement to the approval authority in response to the action. The approval authority will consider any statement made by the officer.

  7.5.4. Maximum Length of Delay. Do not delay the promotion to the higher grade more than 6 months after the date the officer would have been promoted, unless the SAF specifies a longer time. Do not delay a promotion more than 18 months after the date the officer would have been promoted, except as stated below.

    7.5.4.1. 1.90 days after final action taken in any criminal case against an officer in federal or state court

    7.5.4.2. 2.90 days after final action taken in any court-martial case against the officer.

  7.5.5. Adjusting DOR. If the SAF determines the officer is unqualified for promotion during any part of a delay, the officer's DOR, and position on the RASL are adjusted to reflect the unqualified time. The amount of unqualified time is added to the projected DOR. This action then adjusts the officer's position on the RASL.

EXAMPLE 1. Based on selection by a promotion board, an officer's projected DOR is 1 June 1998. The commander begins a delay action on 6 May 1998. The SAF finds the officer not qualified from 15 May through 17 July (2 months and 3 days). When the delay ends on 2 November 1998, adjust the officer's DOR to 4 August 1998, to reflect the 2 months and 3 days of not qualified time.

EXAMPLE 2. A second lieutenant's projected DOR to first lieutenant is 30 October 1996. The officer becomes not qualified for promotion on 17 August 1996, and this lasts until 1 December 1996. The officer's new DOR to first lieutenant is 15 February 1997, reflecting the 3 months 15 days of not qualified time.

**7.6. Recommending a Second Lieutenant Not Qualified for Promotion (NQP).** Table 7.1., Column D specifies the processing steps. When the preponderance of the evidence shows an officer not qualified to perform the duties of the higher grade, the commander recommends in writing that the SAF find him or her NQP.

  7.6.1. The commander informs the officer of the NQP recommendation, either verbally or in writing, before the date of rank. The notification must state if it is necessary for special processing under AFI 31-501, *Personnel Security Program Management* (concerning sensitive compartment information [SCI] access).

  7.6.2. If involuntary separation or court-martial is pending, the NQP action must be flagged to permit SAF to hold in abeyance the NQP decision, pending resolution of the other action. This will avoid automatic discharge of the officer. If the other action does not result in separation, the NQP action will be processed to completion.

  7.6.3. Commanders should give officers a reasonable opportunity to overcome the basis for their non-qualification before taking separation action. Retain a second lieutenant found NQP in current assignment for 6 months, starting on the date the promotion would have occurred, unless retention is inconsistent with good order and discipline.

7.6.4. If the commander determines the officer is NQP by the end of the 6 month period and does not wish to retain the officer further, separate the officer according to AFI 36-3209, *Separation Procedures for Air National Guard and Air Force Reserve Members.*

7.6.5. The commander can request SAF approval to retain the officer beyond 6 months for additional observation. Initiate request to arrive at HQ USAF/REPX (for staffing to SAF) no later than 45 days before expiration of the initial 6 month period. SAF can retain the officer for up to 18 months from the date the promotion would have occurred.

7.6.6. If during the retention period, the commander determines the officer is qualified for promotion, then promote the officer upon MAJCOM commander approval. The promotion is effective upon meeting time-in-grade requirements or the date the MAJCOM commander determined the officer fully qualified for promotion, whichever is later.

7.6.7. If at the end of the retention period, the commander determines the officer remains NQP, the commander must separate the officer. The separation must occur within 18 months of the date the promotion would have occurred. The commander informs the officer of the separation and advises the officer of the rationale supporting the belief, in writing, and that he or she is subject to immediate separation, as determined by the SAF.

**7.7. Recommending an Officer Above the Grade of Second Lieutenant NQP.** If a commander believes an officer is NQP, the commander should make that recommendation (Attachment 12). Table 7.1., Columns D and E, specify the processing steps. HQ ARPC/DPJ presents cases of this kind to the promotion board for all officers meeting a promotion board.

7.7.1. The MAJCOM commander (Adjutant General for ANGUS officers) makes the final recommendation to the selection board to find the officer not qualified for promotion. The case file must arrive at the selection board for consideration before the board finishes scoring the officer's competitive category. Such a recommendation does not itself make the officer ineligible for consideration.

7.7.2. HQ ARPC/DPJ gives the correspondence to the board to evaluate the officer's selection folder. The recommendation stays in effect until the board adjourns.

7.7.3. The promotion board decides if the officer is qualified for promotion.

**7.8. Removing an Officer from a Recommended List.** Table 7.1., Column F, specifies the processing steps.

7.8.1. President. The President may remove the name of any officer from a promotion list at any time before the date on which the officer is promoted.

7.8.2. Withholding of Senate Confirmation. If the Senate does not give its advice and consent for appointment to the grade of colonel or above, the name of that officer is removed from the list.

7.8.3. To start the process, the commander informs the officer (verbally or in writing) of the pending removal from the recommended list. The commander must provide written notice if initial notification was verbal (Attachment 13). The officer must receive notice of the pending removal before the DOR.

7.8.4. A commander's recommendation to remove an officer automatically delays the promotion until the SAF makes a decision on that recommendation and either returns the package or forwards it to the President.

7.8.5.  A promotion selection board reconsiders an eligible officer if the officer was selected the first time but was subsequently removed from the list.

7.8.6.  Continued Eligibility. An officer removed from the list by either the President or the Senate continues to be eligible for promotion. If considered, selected and promoted by a later board, the officer's DOR is normally established as if selected by the second board, unless the SAF grants the officer the same DOR as if selected by the first board.

7.8.7.  Promotion Removal time Standards. Removal actions will be processed as expeditiously as possible. the total period of time that an officer's promotion is delayed pending decision on removal, including any prior period period of delay under paragraph **7.5.**, should not exceed 18 months, excluding any period of delay attributable to the officer.

**Table 7.1.  Processing Propriety of Promotion Actions.**

| STEP | A<br>The acting office is | B<br>Take the following actions | C<br>To delay promotion | D<br>To find an officer not qualified for promotion<br>1st Lt. | E<br><br><br>all other grades | F<br>To remove an officer from a promotion list |
|---|---|---|---|---|---|---|
| 1 | The commander initiating action (wing commander or equivalent) (Note 1) | Contact local DP (USAFR), Chief, MPF (ANGUS), and JA staff for counsel and assistance (Note 2). | X | X | X | X |