UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARC J. MILLICAN ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> UNITED STATES ) <br> ) <br> Defendant. ) | Civil Action No. 06cv1582 (GK) |

NOTICE OF ECF FILING TECHNICAL ERROR

Plaintiff-Millican, on March 7, 2008, at 10:19 pm (Mountain Time, where counsel resides). ECF-filed his cross-motion for summary judgment and opposition to defendant's motion to dismiss, along with Millican's appendices, and opposing statement of fact. However, the docket entry shows filing shortly after midnight on March 8, 00:19 am, after adding the two-hour time difference (EST).

The filing above was delayed about 3 hours to resolve a ECF technical error that blocked Appendix v.2 (regulation excerpt downloaded from Air Force website). Upon attempted filing on March 7, an ECF blocked the filing with a warning: "document malformed: contains code of direct application; not accepted." Counsel was unable to resolve this technical issue. A computer consultant was eventually retained to convert the Appendix into an ECF-acceptable format. This delayed filing.

/s/   John A. Wickham
DC Bar 454863
32975 Saint Moritz Drive
Evergreen CO 80439
303 670-3825
Counsel for Marc Millican