UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARC J. MILLICAN                          )
                                          )
        Plaintiff,                        )
                                          )        Civil Action No. 06cv1582 (GK)
        v.                                )
                                          )
                                          )
UNITED STATES                             )
                                          )
        Defendant.                        )

### PLAINTIFF'S CONSENT MOTION FOR EXTENSION OF TIME,

Plaintiff moves for a extension of time of 14 days until May 16, 2008, to respond to defendant's opposition to Millican's cross-motion for summary judgment.  Millican's brief is currently due May 2.  Millican's counsel conferred with defendant's counsel and he consents to this motion.


Grounds for Extension

Extraordinary cause exists to grant this motion.  On Friday, April 25th after 9 days work, counsel finished an emergency appeal for an Army Captain recommended for liability for $117,000 loss in equipment (report of survey).   This had a regulatory deadline under A.Reg. 735-5.  Next, counsel last Friday had a dental emergency with emergency appointments this week, and a related implant next week.  The implant surgery was previously scheduled but had to be expedited.

WHEREFORE, plaintiff respectfully requests that the Court grant the motion for an extension of 14 days until May 16, 2008, to respond to defendant's opposition to Millican's cross-motion for summary judgment


April 29, 2008                            Respectfully submitted,



                                          a/s  John A. Wickham, Esq.
                                          Bar No.454863
                                          32975 Saint Moritz Drive
                                          Evergreen CO 80439-6720
                                          (303) 670-3825