UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARC J. MILLICAN )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>THE UNITED STATES )<br>)<br>Defendant, ) | Civil Action<br><br>No. 06-1582 (GK) |

ORDER

Upon consideration of plaintiff's consent motion for extension of time to respond to defendant's opposition to plaintiff's cross-motion for summary judgment, it is this ___ day of _____ 2008,

ORDERED, that the motion is GRANTED, and it is further

ORDERED, that the plaintiff shall respond to defendant's opposition to plaintiff's cross-motion for summary judgment by 16 May 2008.

 

_____
United States District Judge

copies to:

Harry Roback
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530


John A. Wickham
32975 Saint Moritz Drive
Evergreen CO. 80439-6720
 (303) 670-3825